IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON C. LIVINGSTON,** | 2:20-cv-00047-KJM-AC |
| Petitioner, | |
| v. | [~~PROPOSED~~] **ORDER** |
| **PATRICK COVELLO,** | |
| Respondent. | |

Upon considering respondent's request (ECF No. 21), and good cause appearing, respondent shall have an additional thirty (30) days, up to and including September 4, 2020, to file and serve a reply to petitioner's opposition to respondent's motion to dismiss.

SO ORDERED.

DATED: August 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE