UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. LIVINGSTON, | No. 2:20-cv-0047 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

On December 2, 2020, the undersigned recommended granting respondent's motion to dismiss the petition for writ of habeas corpus as untimely. ECF No. 25. Petitioner requested and was granted two extensions of time to file objections to the findings and recommendations, ECF Nos. 27, 29, and has now filed a document entitled "Petitioner's Reply." ECF No. 30. It is unclear whether the "reply" is intended to be his objections to the Findings and Recommendations. Accordingly, within fourteen days, petitioner shall file a notice clarifying whether the "reply" is intended as objections. If the "reply" is not intended as his objections, petitioner still has until March 15, 2021, to file and serve his objections, which must be clearly identified as objections to the Findings and Recommendations.

IT IS SO ORDERED.

DATED: February 22, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE